# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

Case No.: 00-2581 (ADM/SRN)

Thaddeus A. Wilebski,

Plaintiff,

vs.

**PARTIAL STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER**

City of St. Paul, a municipal corporation; and, Police Officer Jeremy J. Ryan, individually and in his capacity, as a police officer with St. Paul Police Department,

Defendants.

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their respective undersigned counsel, that plaintiff's claims alleging violations of 42 U.S.C. § 1984 and 42 U.S.C. § 1985 may be and hereby are dismissed on the merits and with prejudice, but without costs or disbursements to either party.

Dated: 04/11/01

CLAYTON M. ROBINSON, JR.
Saint Paul City Attorney

Frank E. Villaume

FRANK E. VILLAUME III, #112860
Assistant City Attorney
550 City Hall and Courthouse
15 West Kellogg Boulevard
St. Paul, MN 55102
(651) 266-8775
Attorneys for City of Saint Paul

APR 16 2001
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD APR 16 2001
DEPUTY CLERK

Dated: 4-12-01

BABCOCK, NEILSON, MANNELLA
LaFLEUR & KLINT

Robert F. Mannella

ROBERT F. MANNELLA, #67234
118 East Main Street
Anoka, MN 55303
(763) 421-5151
Attorneys for Plaintiff

**ORDER FOR JUDGMENT**

Based upon the foregoing Partial Stipulation of Dismissal, it is hereby ordered that Plaintiff's claims alleging violations of 42 U.S.C. § 1984 and 42 U.S.C. § 1985 are hereby dismissed on the merits and with prejudice, but without costs or disbursements to either party.

Dated: April 13, 2001

Ann D. Montgomery
United States District Court Judge