UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

Case No.: 00-2581 (ADM/SRN)

Thaddeus A. Wilebski,

Plaintiff,

vs.

**STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER**

City of St. Paul, a municipal corporation; and, Police Officer Jeremy J. Ryan, individually and in his capacity, as a police officer with St. Paul Police Department,

Defendants.

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their respective undersigned counsel, pursuant to Fed. R. Civ. P. Rule 41(a)(1), that this action may be dismissed with prejudice and on the merits, without further cost to any party.

Dated: 11/6/01

BABCOCK, NEILSON, MANNELLA LaFLEUR & KLINT

BRAD R. KOLLING, # 303987
118 East Main Street
Anoka, MN 55303
(763) 421-5151
Attorneys for Plaintiff

NOV 08 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: 11-5-01

CLAYTON M. ROBINSON, JR.
Saint Paul City Attorney

FRANK E. VILLAUME III, #112860
Assistant City Attorney
550 City Hall and Courthouse
15 West Kellogg Boulevard
St. Paul, MN 55102
(651) 266-8775
Attorneys for City of Saint Paul

**ORDER**

Based upon the foregoing Stipulation of Dismissal with Prejudice entered into by the parties, and upon all the files, records and proceedings,

IT IS HEREBY ORDERED, that Plaintiff's action is dismissed with prejudice and on the merits and without further cost to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY**

Dated: November 7, 2001

Ann D. Montgomery
United States District Court Judge